1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   ELIZABETH FALK
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone: (415) 436-7700
6  Facsimile: (415) 436-7706
   Email: Elizabeth_falk@fd.org
7

8  Counsel for Defendant BUCKLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–215 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE, RE BRIEFING SCHEDULE** |
| v. | |
| LARRY BUCKLEY, | |
| Defendant. | |

The above titled matter is currently scheduled for a hearing on August 31, 2018 at 10:00 am. The parties agree that this date shall be vacated and the matter be placed on calendar for a Motion hearing on September 7, 2018 at 10:00 a.m.

The parties accordingly stipulate to the following modification to the briefing schedule on Mr. Buckley's motion to suppress:

Defense Reply: Wednesday, August 29, 2018

//

//

IT IS SO ORDERED.

| | |
|---|---|
| 8/17/18 | /s/ Richard Seeborg |
| Dated | THE HONORABLE RICHARD SEEBORG<br>United States District Judge |

IT IS SO STIPULATED.

| | |
|---|---|
| August 17, 2018<br>Dated | ALEX G. TSE<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>NICHOLAS WALSH<br>Assistant United States Attorney |
| August 17, 2018<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |