STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_falk@fd.org

Counsel for Defendant BUCKLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–215 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| LARRY BUCKLEY, | |
| Defendant. | |

    The above titled matter is currently scheduled for sentencing on December 11, 2018. Defense counsel will now be in trial starting December 4th, and would like an extra week to file Mr. Buckley's memo. Therefore, the parties and Probation Officer agree to a continuance of the matter by one week to December 18, 2018 at 2:30pm.

    United States Probation Officer Aakash Raju has been notified about the requested modification, and has no objection to the request for a continuance to December 18, 2018 for sentencing.

\\

IT IS SO STIPULATED.

| | |
|---|---|
| November 5, 2018<br>Dated | ALEX G. TSE<br>United States Attorney<br>Northern District of California |
| | /S<br>NICHOLAS WALSH<br>Assistant United States Attorney |
| November 5, 2018<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 11/5/18<br>Dated | RICHARD SEEBORG<br>United States District Judge |